IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

KIREE TYQWONE LUCAS,

     Appellant,

v.

STATE OF FLORIDA,

     Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-4333

_____/

Opinion filed October 5, 2016.

An appeal from the Circuit Court for Duval County.
Marianne L. Aho, Judge.

Kiree TyQwone Lucas, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Thomas H. Duffy and Heather Flanagan Ross, Assistant Attorneys General, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

WINOKUR, JAY, and WINSOR, JJ., CONCUR.